**CLARK et v OWENSVILLE BUILDING & LOAN CO et**

Ohio Appeals, 1st Dist, Clermont Co

No 117. Decided April 24, 1933

Harry E. McKeever, Williamsburg, for plaintiffs in error.

Davis, Ely & Ely, Batavia, for defendants in error.

For full opinion see 39 OLR 185; 187 NE 370; 46 Oh Ap 301.